■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LOPEZ, Appellant.—On the court's own motion, the order of this court entered on February 9, 1978 is resettled so as to unanimously affirm the judgment of the Supreme Court, Bronx County, rendered on May 12, 1976 (Indictment No. 1576/74), and the judgment of said court rendered on May 14, 1976

(Indictment No. 2152/75). No opinion. Resettled order signed and filed. Concur—Kupferman, J. P., Birns, Silverman, Lane and Markewich, JJ.